UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Carl Gerard Dorvil

        Debtor(s)

NORTH TEXAS CAPITAL PARTNERS, LP

        Appellant(s)
 vs.
Carl Dorvil

        Appellee(s)

Case No.: 23−30771−sgj7
Chapter No.: 7

Adversary No.: 23−03053−sgj

Civil Action No.: 3:24−cv−02419−S

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

 Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 9/23/2024 regarding [52] FINAL Judgment. Entered on 9/9/2024 by NORTH TEXAS CAPITAL PARTNERS, LP in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

 This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

 All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

 The above referenced record was delivered to the U.S. District Clerk's Office on October 22, 2024.

DATED: 10/22/24

        FOR THE COURT:
        Stephen J Manz, Clerk of Court

        by: /s/J. Blanco, Deputy Clerk